United States District Court
Southern District of Texas

**ENTERED**
June 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILSON GONZALEZ MONTEPEQUE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-578 |
| | § | |
| | § | |
| WARDEN OF THE PORT ISABEL ICE | § | |
| PROCESSING CENTER, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Wilson Gonzalez Montepeque is a national of Guatemala currently detained by United States immigration authorities. (*See* Pet., Doc. 1)  Petitioner has protection from removal to Guatemala, but alleges that Respondents plan to remove him to Mexico, and that such removal would violate his constitutional and statutory protections.

On June 17, 2026, the Court held a hearing on the Petitioner's Petition for Writ of Habeas Corpus (Doc. 1), Respondents' Motion to Dissolve (Doc. 6), and Respondents' Motion for Summary Judgment (Doc. 8).

Based upon the record and applicable law, and for the reasons stated on the record, it is:

**ORDERED** that Respondents' Emergency Motion to Dissolve Injunctive Relief And/Or Clarifying TRO (Doc. 6) is **DENIED**;

**ORDERED** that Respondents' Partial Motion to Dismiss and Motion for Summary Judgment (Doc. 8) is **GRANTED IN PART AND DENIED IN PART**; and

**ORDERED** that Petitioner Wilson Gonzalez Montepeque's Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, Complaint for Declaratory and Injunctive Relief, Emergency Motion for Temporary Restraining Order, Administrative Stay, Preliminary Injunction, and Stay of Removal (Doc. 1) is **GRANTED IN PART AND DENIED IN PART**.

1 / 2

The Court will separately issue a Permanent Injunction containing relief substantively-similar to the relief afforded Petitioner in the Temporary Restraining Order (Doc. 4), which the Court concludes is the only relief to which Petitioner is entitled.

Signed on June 17, 2026.

Fernando Rodriguez, Jr.
United States District Judge