United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILSON GONZALEZ MONTEPEQUE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-578 |
| | § | |
| WARDEN, PORT ISABEL ICE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed Petitioner Wilson Gonzalez Montepeque's renewed motion to expedite consideration, (Mot., Doc. 21), in which he requests relief based upon *D.V.D. v. U.S. Dep't of Homeland Sec., No. 26-1212*, 2026 WL 2797801, __ F.4th __ (1st Cir. Sept. 18, 2026). The Court has reviewed the referenced decision. To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than October 6, 2026, Respondents shall file a Statement showing grounds as to why the Court should not apply *D.V.D.* in this matter and providing a status update regarding efforts to effectuate Petitioner's order of removal.

Signed on September 29, 2026.

Fernando Rodriguez, Jr.
United States District Judge