United States District Court
Southern District of Texas

**ENTERED**

September 29, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILSON GONZALEZ MONTEPEQUE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-578 |
| | § | |
| WARDEN, PORT ISABEL ICE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court takes judicial notice of the Supreme Court's decision to stay the order and judgment of the United States District Court for the District of Massachusetts in *D.V.D. v. U.S. Dep't of Homeland Sec.*, 821 F. Supp. 3d 102 (D. Mass. 2026). *See D.V.D. v. U.S. Dep't of Homeland Sec.*, No. 26A406, 2026 WL 2917860 (U.S. Sept. 29, 2026). The Court previously requested that Respondents submit a Statement in response to litigation in *D.V.D.* (*See* Order, Doc. 22) As a result of the Supreme Court's decision, it is:

**ORDERED** that Respondents are excused from complying with the Court's Order (Doc. 22) as to the application of the *D.V.D.* matter, but shall comply with the Order as to a status update regarding efforts to effectuate Petitioner's order of removal.

Signed on September 29, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge