United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILSON GONZALEZ MONTEPEQUE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-578 |
| | § | |
| WARDEN, PORT ISABEL ICE PROCESSING CENTER, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On October 23, 2026, the Court granted Petitioner Wilson Gonzalez Montepeque's Petition for Writ of Habeas Corpus (Doc. 1), ordering his release based on *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Order, Doc. 27) On November 10, Respondents advised the Court that they had released Petitioner, complying with the Court's Order. (Advisory, Doc. 34)

No issues remain pending and, as a result, the Clerk of Court is directed to close the matter.

Signed on November 10, 2026.

Fernando Rodriguez, Jr.
United States District Judge